# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:25mj70-CLR |
| | ) | |
| RONMEL EDUARDO GARCIA-CORREA | ) | |
| | ) | |

## ORDER OF DISMISSAL

The government's motion for an order dismissing, without prejudice, the complaint made against **RONMEL EDUARDO GARCIA-CORREA** is GRANTED. The complaint in the above-captioned case is hereby dismissed without prejudice.

**SO ORDERED** this 8th day of August 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA